# United States Bankruptcy Court
## Western District of New York

In re   **Robert C Boncore, Jr.**
      **Lillian M Boncore**
                Debtor(s)

Case No.
Chapter   **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Robert C Boncore, Jr.**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

■   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☐   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I, **Lillian M Boncore**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

■   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☐   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **February 23, 2014**     Signature **/s/ Robert C Boncore, Jr.**
                                                 **Robert C Boncore, Jr.**
                                                 Debtor

Date **February 23, 2014**     Signature **/s/ Lillian M Boncore**
                                                 **Lillian M Boncore**
                                                 Joint Debtor